No. 04-02-00525-CV



IN RE Kurtis Eugene RUPERT



Original Proceeding

From the 290th Judicial District Court, Bexar County, Texas


Trial Court No. 2000-CR-5857


Honorable Sharon MacRae, Judge Presiding



PER CURIAM


Sitting: Alma L. López, Justice

 Sarah B. Duncan, Justice

 Karen Angelini, Justice


Delivered and Filed: August 7, 2002


PETITION FOR WRIT OF MANDAMUS DENIED

 On July 19, 2002, relator filed a petition for writ of mandamus. This court has determined
that the relator is not entitled to the relief sought. Therefore, the petition is denied. Tex. R. App. P.
52.8(a). 


 PER CURIAM

DO NOT PUBLISH